for failure to prosecute in accordance with the rules.

**Kathy M. HANCOCK, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR,
Respondent.**

No. 04–3401.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2004.

Andrew P. Averbach, Principal Attorney, James M. Kinsella, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Joel Edelman, Principal Attorney, Makawao, HI, for Petitioner.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.